UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| LEROY MILES | CIVIL ACTION NO. 06-1079-A |
| -vs- | JUDGE DRELL |
| TIMOTHY WILKINSON, et al. | MAGISTRATE JUDGE KIRK |

*to be consolidated with*

| | |
|---|---|
| TRON CARRUTH | CIVIL ACTION NO. 04-2063-A |
| -vs- | JUDGE DRELL |
| TIMOTHY WILKINSON, et al. | MAGISTRATE JUDGE KIRK |

J U D G M E N T

The Court has considered the report and recommendation by Magistrate Judge James D. Kirk. In view of the similarity of the claims made in this case with the consolidated cases of *Carruth v. Wilkinson, et al.*, the report and recommendation is not adopted at this time. Instead, this case is consolidated with *Carruth v. Wilkinson, et al.*, Civil Action No. 04-2063-A, and is to be served.

The matter is referred to the Magistrate Judge Kirk for pretrial proceedings consistent with this judgment.

SIGNED on this 5th day of September, 2006, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge