U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 2 5 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| LEROY ANTHONY MILES | CIVIL ACTION NO. 06-1079-A |
|---|---|
| -vs- | JUDGE DRELL |
| TIMOTHY WILKINSON, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law, the Court adopts the Report and Recommendation subject only to the modifications set forth below;

IT IS ORDERED that Plaintiff's action against Beaubouef is DISMISSED WITHOUT PREJUDICE for failure to effect service.

IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment (Document No. 28) is GRANTED in favor of all Defendants on all issues EXCEPT the issues of understaffing and failure to protect, and that Plaintiff's action is

DISMISSED WITH PREJUDICE on all issues EXCEPT the issues of understaffing and failure to protect.

IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment (Document No. 28) is DENIED as to Wilkinson and CCA on the issues of understaffing and failure to protect and GRANTED as to all other Defendants, and that Plaintiff's action against all Defendants EXCEPT Wilkinson and CCA is DISMISSED WITH PREJUDICE on the issues of understaffing and failure to protect.

SIGNED on this 24 day of March, 2008, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE