RECEIVED
OCT - 9 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| LEROY ANTHONY MILES,<br>    Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. CV06-1079-A |
| VERSUS | |
| TIMOTHY WILKINSON, et al.,<br>    Defendants | JUDGE JAMES T. TRIMBLE JR.<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that defendants' motion for summary judgment (Doc. 90) is GRANTED and that Miles' action against Warden Wilkinson and CCA is DISMISSED WITH PREJUDICE in its entirety.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 9th day of October, 2013.

James Trimble
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT COURT